# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| DONALD L. LOWERY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV411-239 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

Before the Court is the complaint of federal inmate Donald L. Lowery against the United States. Doc. 1. The Clerk sent him a deficiency notice instructing him either to pay the Court's $350 filing fee or move for leave to proceed *in forma pauperis*, doc. 2, and he has failed to respond by the October 25, 2011 due date. Accordingly, his case should be **DIMISSED**.

**SO REPORTED AND RECOMMENDED** this __26th__ day of October, 2011.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA